Submitted on record and briefs June 2, convictions affirmed; remanded for resentencing July 14, 1993

# STATE OF OREGON,
*Respondent,*

*v.*

# DAVID LEWIS BALESTERI,
*Appellant.*

(91CR2190; CA A73612)

855 P2d 668

Sally L. Avera, Public Defender, and Ingrid A. Mac-Farlane, Deputy Public Defender, Salem, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Amy E. Alpaugh, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions, after trial by jury, of conspiracy to deliver, delivery and possession of a controlled substance. ORS 161.450; ORS 475.992(1); ORS 475. 992(4). The court merged the convictions for conspiracy and delivery and entered separate convictions for delivery and possession of a controlled substance. Defendant challenges only the sentence on the possession conviction. The court orally imposed 18 months "formal" probation, 24 months "bench" probation and 90 custody units, with 30 units to be served in jail. The written judgment, however, imposed 24 months formal probation.

Defendant argues, and the state agrees, that the court erred in imposing 24 months formal probation. OAR 253-05-008(1). We accept the state's concession.

Convictions affirmed; remanded for resentencing on conviction for possession of controlled substance.